# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Nakia Cole

FROM: Judge Peter J. Messitte

RE: *Nakia Cole v. Gannett Co. Inc.*, No. 24-cv-634

DATE: September 19, 2024

\* \* \*

On September 17, 2024, your attorney filed a Motion to Withdraw as Counsel, which the Court intends to grant, leaving you without counsel in this matter. Accordingly, the Court will remove your October 1, 2024 mediation from the calendar.

The Court strongly encourages you to secure new counsel in this case immediately. Should you decide to proceed on your own, you must contact the Clerk of Court as soon as possible to inform the Clerk you will be proceeding pro se and follow the Federal Rules of Civil Procedure and applicable Local Rules of the Court throughout the remaining proceedings.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record for Gannett Co. Inc.  
Court file